

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00302-CR

**FREEBIRD BAIL BONDS,**

                                                **Appellant**

 v.

**THE STATE OF TEXAS,**

                                                **Appellee**

---

**From the County Court**
**Freestone County, Texas**
**Trial Court No. 5073**

---

## MEMORANDUM  OPINION

---

Davie C. Westmoreland as agent for Allegeheny Casualty Co. d/b/a Freebird Bail Bonds has filed a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Westmoreland states that the appeal is moot because he paid the judgment at issue in full. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

                                        AL SCOGGINS
                                        Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed August 24, 2011
Do not publish
[CR 25]